UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:26 CR 49 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| JOHN PURVIS, JR., | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on June 9, 2026 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant John Purvis, Jr. was present and represented by Assistant Federal Public Defender Darin Thompson. The United States was represented by Assistant United States Attorney Stephanie Wojtasik. The Pretrial Services and Probation Office was represented by Brook Clark.  The court reporter was George Staiduhar. Defendant admitted to the supervised release violations at the May 22, 2026 hearing before Magistrate Judge Jennifer Dowdell Armstrong, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Purvis in violation of the terms of his supervised release as stated on the open record.

IT IS ORDERED that Defendant's supervised release is revoked. Defendant is

1

committed to 60 days custody of the Bureau of Prisons, with credit for time served.  Thereafter, Defendant's shall serve the remainder of his original period of supervised release, with the same terms and conditions previously imposed, with the added condition that Defendant be placed in an in-patient treatment program for 90 days, with the Probation Officer having discretion to allow for earlier termination if Defendant has successfully completed the program.  Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 11, 2026